1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   WILLIE HENDRIX,
12            Petitioner,                    No. CIV S-08-1858 CMK P
13       vs.
14   D. K. SISTO,                            ORDER
15            Respondent.
16   _____/
17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
18   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has requested the appointment of
19   counsel.  There currently exists no absolute right to appointment of counsel in habeas
20   proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.
21   § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice
22   so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does
23   not find that the interests of justice would be served by the appointment of counsel at the present
24   time.
25   / / /
26   / / /

Accordingly, IT IS HEREBY ORDERED that petitioner's August 11, 2008 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: November 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE